# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JANEEN BENTLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:17-cv-1629-KJN<br><br>ORDER |

In light of the Ninth Circuit Court of Appeals' memorandum disposition filed on July 9, 2020 (ECF No. 25), and the formal mandate issued on August 31, 2020 (ECF No. 26), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's memorandum disposition.

The Clerk of Court shall close this case in the district court.

Dated:  September 2, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bent.1629